# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JANICE LANDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-cv-00308-SGC |
| BARFIELD HEALTH CARE PROPERTIES, LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On March 2, 2021, the parties jointly notified the court they settled their dispute. (Doc. 17). On April 22, 2021, the plaintiff filed a motion to dismiss this action with prejudice. (Doc. 18). The motion to dismiss is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, costs taxed as paid. FED. R. CIV. P. 41(a)(2).

**DONE** and **ORDERED** this 26th day of April, 2021.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE